UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| ESTATE OF DOUGLAS KILBURN;    ) | |
|     Plaintiffs    ) | |
|                                ) | |
| v.    ) | Civil Action No. *2:20-CV-00193* |
|                                ) | |
| CITY OF BURLINGTON, VERMONT;    ) | |
| Et Al;    ) | |
|     Defendants    ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2021, I electronically filed with the Clerk of the Court the following document:

**PLAINTIFFS' INITIAL DISCLOSURES**

Using the CM/ECF system.

I caused to be served, by electronically filing, counsel for Plaintiff, an NEF registered party:

> BARBARA BLACKMAN
> 76 St. Paul Street, Suite 400
> Burlington, VT 05401
> (802)-860-1500
> bblackman@lynnlawvt.com

Dated at Brattleboro, Vermont this 26th day of March, 2021.

> S/Evan Chadwick
> EVAN CHADWICk
> 136 High Street
> Brattleboro, VT 05301
> (802) 257-7161
> evan@chadwicklawvt.com_____

_____