UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| ESTATE OF DOUGLAS KILBURN, *et al.* )<br> )<br>Plaintiffs, )<br> )<br>v. )<br> )<br>CITY OF BURLINGTON, VERMONT, )<br>*et al.*, )<br> )<br>Defendants. ) | Case No. |

## STIPULATION OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST <u>MAYOR MIRO WEINBERGER</u>

The Parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the voluntary dismissal of all Plaintiffs' claims against Defendant Mayor Miro Weinberger, with prejudice and with each Party to bear its own costs.

Dated at Brattleboro, Vermont this 1st day of July, 2021.

*/s/ Evan Chadwick*
Evan Chadwick, Esq.
Chadwick & Spensley, PLLC
*Counsel for Plaintiffs*
136 High Street
Brattleboro, VT 05301
(802) 257-7161
evan@chadwicklawvt.com

Dated at Burlington, Vermont this 30th day of June, 2021.

*/s/ Pietro J. Lynn*
Pietro J. Lynn, Esq.
Barbara R. Blackman, Esq.
Lynn, Lynn, Blackman & Manitsky, P.C.
*Counsel for Defendants*
76 St. Paul St., Suite 400
Burlington, VT  05401

(802) 860-1500
plynn@lynnlawvt.com
bblackman@lynnlawvt.com