# LYNN, LYNN, BLACKMAN & MANITSKY, P.C.

August 6, 2021                                                                                                   VIA ECF

H. Beth Cota
Deputy Clerk
United States District Court – District of Vermont
P.O. Box 945
Burlington, VT 05402

Re:     *Estate of Douglas Kilburn, et al. v. City of Burlington, et al.*
        Docket No. 2:20-cv-193

Dear Deputy Clerk Cota:

      The Parties write in response to your 8/6/21 letter regarding the Early Neutral Evaluation ("ENE") process in the above-captioned matter. The ENE session took place on 6/24/21. The Parties reached a settlement during the ENE session, and the Parties are in the process of finalizing that settlement. The Parties anticipate filing a Stipulation of Dismissal shortly.

      If you require any additional information, please do not hesitate to contact us.

Respectfully,

| | |
|---|---|
| Lynn, Lynn, Blackman & Manitsky, P.C. | Chadwick & Spensley, PLLC |
| */s/ Barbara R. Blackman, Esq.* | */s/ Evan B. Chadwick, Esq.* |
| Barbara R. Blackman, Esq.<br>*Counsel for Defendants* | Evan B. Chadwick, Esq.<br>*Counsel for Plaintiffs* |